*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

**No. 24-BG-0074**

In re WILLIAM ROOSEVELT BUIE, III,

A Member of the Bar of the
District of Columbia Court of Appeals
**Bar Registration No.** 471135                              **DDN:** 2021-D189

BEFORE: Howard and Shanker, Associate Judges, and Thompson, Senior Judge.

## O R D E R
(FILED— March 28, 2024)

On consideration of the certified order from the state of Maryland suspending respondent from the practice of law by consent for 180 days, fully stayed in favor of probation for one year with terms; this court's February 13, 2024, order directing respondent to show cause why reciprocal discipline should not be imposed; respondent's response consenting to reciprocal discipline; and the statement of Disciplinary Counsel, it is

ORDERED that William Roosevelt Buie, III, is hereby suspended from the practice of law for 180 days, fully stayed in favor of one year of probation conditioned on respondent's compliance with the remaining probationary terms in Maryland. *See In re Sibley*, 990 A.2d 483, 487-88 (D.C. 2010) (explaining that there is a rebuttable presumption in favor of imposition of identical discipline and exceptions to this presumption should be rare).

## PER CURIAM